IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAURA G. PARKER                                                              PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 1:09CV767 HSO-JMR

LAKEVIEW RETAIL PROPERTY OWNER LLC                               DEFENDANT

## JUDGMENT OF DISMISSAL

This cause having come on this day to be heard before the Court, and it being made known to the Court that the Plaintiff elects not to proceed with this action and therefore desires to have the suit dismissed on its merits, with prejudice, and the Court being advised in the premises, finds and adjudges as follows:

That the Parties have agreed to the dismissal of this case in its entirety, on its merits, with prejudice, with each party to bear its own costs.

IT IS, THEREFORE, ORDERED that the above styled and numbered cause be, and the same is hereby dismissed on its merits, with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 24th day of August, 2010.

                                             s/John M. Roper Sr.
                                             UNITED STATES MAGISTRATE JUDGE

AGREED:

/s/ Mariano J. Barvie
Mariano J. Barvie, Esq.
Hopkins, Barvie & Hopkins
P. O. Box 1510
Gulfport, MS 39502
ATTORNEY FOR PLAINTIFF


/s/ Karen K. Sawyer
Karen K. Sawyer, Esq.
Copeland, Cook, Taylor & Bush, PA
P.O. Box 10
Gulfport, MS 39502
ATTORNEY FOR DEFENDANT